**MINUTE ENTRY**
**ROBY, C. M. J.**
**November 14, 2019**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **330 MAGAZINE STREET, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO:   17-6709** |
| **B.M. HOTELS, LLC ET AL** | **SECTION: "D"  (4)** |

A Settlement Conference was held on this date. Participating were: Dylan T. Leach and Stephen M. Gele representing the plaintiff; Stephen Irwin Dwyer representing the defendant, B.M. Hotels, LLC; Jacob A. Airey representing the defendant, Federal Deposit Insurance Corporation; and John William Hite, III representing the defendant, Zurich American Insurance Company. Negotiations were successful and a settlement was reached. The agreement was recorded by Court Reports Jodi Simcox ( 504-589-7780).

The District Judge's staff has bee notified to enter a dismissal with a retention of jurisdiction for settlement enforcement purposes.

**CLERK TO NOTIFY:**
**District Judge Wendy B Vitter**

**MJSTAR:  02:30**